FILED

2006 MAR -1 PM 4:32

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JEAN PAUL GRENNAY, JAMES BATES,  Defendants. | 3:06CR729  Cr. No. _____  Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2 |

JUDGE DAVID A. KATZ

The Grand Jury charges that:

Between on or about June 2001, and March 2002, in the Northern District of Ohio, Western Division, the defendants JEAN PAUL GRENNAY and JAMES BATES, while officers, that is, President and Vice President respectively, of Local 5-712, Paper, Allied - Industrial, Chemical and Energy (PACE) International Union, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully convert to their own use the money, funds, property and other assets of said labor organization, in the approximate amount of $4411.77; in violation of Title 29, United States Code Section 501(c) and Title 18, United States Code Section 2.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

ORIGINAL